## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**KARLO LEVINCE LANE, #K6178**                                                              **PLAINTIFF**

**V.**                                                                  **CIVIL ACTION NO. 3:19-CV-733-DPJ-FKB**

**DR. BONDER, NURSE DUNN, and**
**NURSE BROWN**                                                                               **DEFENDANTS**

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### FOR FAILURE TO EXHAUST

Defendants Dr. Steven Bonner,[1] Evelyn Dunn, RN, and Kimberly K. Brown, Psychiatric Nurse Practitioner (collectively "Defendants"), through counsel, and pursuant to Federal Rules of Civil Procedure 12 and 56, and Local Rule 7, file this Motion for Summary Judgment and in support of same asks this Court to consider:

1. Affidavit of Charlayne Hall, attached hereto as **Exhibit A**;

2. ARP File for EMCF-19-1395, attached hereto as **Exhibit B**;

3. Defendants' Memorandum in Support of Motion for Summary Judgment for Failure to Exhaust, filed simultaneously herewith as a separate docket entry pursuant to the Local Rules.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant their Motion for Summary Judgment for Failure to Exhaust and enter judgment in their favor.

---

[1] Plaintiff incorrectly identified Dr. Bonner as "Dr. Bonder" when he amended the named Defendants in this matter. *See* Doc. 5.

4838-4230-9575.1

Respectfully submitted, August 12, 2020.

/s/   Christina M. Seanor
Michael J. Bentley (MSB# 102631)
Molly M. Walker (MSB# 100689)
Erin Saltaformaggio (MSB# 103999)
Christina M. Seanor (MSB# 104934)
mbentley@bradley.com
mmwalker@bradley.com
esaltaformaggio@bradley.com
cseanor@bradley.com

***ATTORNEYS FOR DR. STEVEN BONNER,  EVELYN DUNN, RN, & KIMBERLY K. BROWN, PSYCH. N.P.***

OF COUNSEL
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 East Capitol Street, Suite 1000
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

4838-4230-9575.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed via U.S. Mail, postage prepaid to:

Karlo Levince Lane, #K6178
Mississippi State Penitentiary
Unit 29 "H" B-26
590 Parchman Road 12
Parchman, MS 38738

*Pro Se Plaintiff*

                                            *Christina M. Seanor*
                                         *COUNSEL FOR DEFENDANTS*