State of Mississippi
County of Lauderdale

# AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid state and County, Charlayne Hall, Coordinator for the Administrative Remedy Program at East Mississippi Correctional Facility, who by me was duly sworn under oath as follows:

1. That I am over the age of eighteen, have personal knowledge of the facts set forth below, and am competent to attest to the matters stated herein.

2. That I am employed by the Management & Training Corporation (MTC) and serve as an Administrative Remedy Program Coordinator at the East Mississippi Correctional Facility (EMCF).

3. That according the records of the Administrative Remedy Program, Inmate Karlo (a/k/a Carlos) Lane, #K6178, has filed a grievance related to his mental health, which was recorded as ARP EMCF 19-1395. (see attachment)

4. That the Administrative Remedy Program does not have a record of any other grievances pertaining to the mental health treatment of Inmate Karlo (a/k/a Carlos) Lane, #K6178 on file from 2012 to present.

_____
Charlayne Hall, ARP Coordinator

SWORN AND SUBSCRIBED before me, this the 10th day of August, 2020.

NOTARY PUBLIC: Marie B. Grady
My Commission Expires: Sept 24, 2020



EXHIBIT A