State of Mississippi
County of Lauderdale

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, Tina Bolden, Coordinator for the Administrative Remedy Program, at the East Mississippi Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Lauderdale.

2. That I am a custodian for the Administrative Remedy Program at the East Mississippi Correctional Facility (EMCF).

3. That Offender Karlo L. Lane, #K6178, did file a grievance (EMCF-19-1395) through the Administrative Remedy Program requesting monetary compensation for "alleged "mental health neglect.

4. That ARP EMCF-19-1395 was rejected due to the following reason: Beyond the power of the Administrative Remedy Program to grant the relief requested.

5. That Offender Karlo L. Lane, #K6178, signed for his notification of rejection on December 6th of 2019.

_____
Tina Bolden, ARP Coordinator

SWORN AND SUBSCRIBED before me, this the 3rd day of February 2020.

NOTARY PUBLIC  Marie B. Grady
My Commission Expires: Sept 24, 2020

EXHIBIT B



CODE: 199                     ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

EMCF-19- 1395

First Step Respondent:   N/A                    **REJECTED**
         Location:       EMCF

Offenders' Name and No:  Carlos Lane #K6178
                Unit:    EMCF

Date of Incident:                                              OT-36

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. Please return your response to this office within 30 days of this date.

☒ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

   ☐ There has been a time lapse of more the fifteen (15) days between the RVR and the initial request:    Incident happened on; received in this office on;

   ☐ There has been a time lapse of more the thirty (30) days between the event and the Initial request:    Incident happened on; received in this office on;

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

   ☒ Other: Beyond the power of ARP grant

_____R. Pennington_____                    __12/5/19__
Director of Administrative Remedy Program          Date

LANE000002

CODE: 199     ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### EMCF-19-

First Step Respondent: N/A
Location: EMCF

**REJECTED**

Offenders' Name and No: Carlos Lane #K6178
Unit: EMCF

Date of incident:                                            OT-36

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

  ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

  ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

  ☐ There has been a time lapse of more the fifteen (15) days between the RVR and the initial request:   Incident happened on; received in this office on;

  ☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:   Incident happened on; received in this office on;

  ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

  ☒ Other: Beyond the power of ARP grant

_____                _____
Director of Administrative Remedy Program                                    Date

LANE000003

REJECTED

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## ARP SCREENING FORM

Name: Carlos Lane   MDOC NO. Ku178   UNIT 5C

DATE: 11/4/19   DATE OF INCIDENT: ___

CODE: 199   ACCEPTED: ___   REJECTED: ✓

FIRST STEP RESPOND: DT 36  N/A

SUMMARY OF COMPLAINT: Inmate is requesting money for mental health neglection.

COMMENTS:

LANE000004

# East Mississippi Correctional Facility

**REJECTED**



## ARP
## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

**Inmate Name:** CARLOS LANE
**MDOC#:** K6178
**Housing Unit:** 5-C-203

**Date of Incident:** 9-22-19
**Time of Incident:** 10 AM - To 4 PM
**Place of Incident:** 5-C
**Alleged complaint:** Took off med in Feb up and going on still now I told to Mental sexual time about why you'll want give me my med Back, he told me he put me on the list to see the doctor now. Nurse Dunn came and talk to ask how I feel and all that. I told her I been hearing voice, seeing shit, but fight I don't want kill myself now, it weeks later, and still no med I seen off since Feb, I took med since 2005 that help a lot now I'm (fuck?) I file a ARP about this Back in July but no reponse so I doing it again let you'll know what up

**Relief Requested:** I want $$ for mental health neglection Do to not aid me with meds for my mental health issues

**Inmate Signature:** Carlos Lane
**Today's Date:** 10-5-19


RECEIVED OCT EMCF ARP DEPT

Revision No: 1   Issue Date: 8/2012

G:\Forms\Inmate Forms\ARP Form.doc

LANE000005

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # SMCF - 19 - 1395

Date: 12/6/19

Received By: Chris Lane        K6178

MDOC #

Witness: J Borden ARP Coordinator

TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

__✓__ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

LANE000006